UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:

Cleotilde Candelaria                                             Case No. 15-10897-AJC

    Debtor                                                       Chapter 7

_____/

## DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 7 CASE

**COMES NOW,** the Debtor, Cleotilde Candelaria, by and through her undersigned counsel, and files this Motion to Voluntarily Dismiss Chapter 7 Case for the reasons as set forth below:

1. On or about January 16, 2015, the instant case was filed as a Chapter 7 Case.

2. The Debtor wishes to voluntarily dismiss her Chapter 7 Bankruptcy and negotiate with her Creditors outside the bankruptcy.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM/ECF to: Soneet Kapila, PO Box 14213, Ft Lauderdale, FL 33302 and via regular mail to all parties on the service list this 23rd day of March, 2015.

                                                       Respectfully Submitted:

                                                       **ROBERT SANCHEZ, P.A.**
                                                       Attorney for Debtor(s)
                                                     355 West 49th Street
                                                     Hialeah, FL 33012
                                                     Tel. (305) 687-8008

                                                     By:*/s/ Robert Sanchez*_____
                                                         Robert Sanchez, Esq., FBN# 0442161

| | | |
|---|---|---|
| Cap One<br>Po Box 5253<br>Carol Stream, IL 60197 | Champion Mortgage<br>POB 40724<br>Lansing, MI 48901-7924 | Chase<br>Po Box 15298<br>Wilmington, DE 19850 |
| Chase<br>Po Box 24696<br>Columbus, OH 43224 | El Lago Condominium<br>c/o Executive National Bank<br>POB 164412<br>Miami, FL 33116-4412 | El Lago Condominium<br>c/o Executive National Bank<br>POB 164412<br>Miami, FL 33116-4412 |
| Midland Funding<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | Santander Bank Na<br>865 Brook St<br>Rocky Hill, CT 06067 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161 |
| Suntrust Bk Miami Na<br>Po Box 524203<br>Miami, FL 33152 | | |