UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:
Cleotilde Candelaria                                    Case No. 15-10897-AJC
    Debtor                                            Chapter 7
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Debtor's Motion to Voluntarily Dismiss Chapter 7 Case and Notice of Hearing [ECF #16 & 17] was sent via CM/ECF to: Soneet Kapila, PO Box 14213, Ft Lauderdale, FL 33302 and via regular mail to all parties on the service list on this 23rd day of March, 2015.

Regular Mail:

Debtor, Cleotilde Candelaria
5501 NW 7th Street #E403
Miami, FL 33126-3204


    Respectfully Submitted:

    **ROBERT SANCHEZ, P.A.**
    Attorney for Debtor
    355 West 49th Street
    Hialeah, FL 33012
    Tel. 305-687-8008

    By:*/s/ Robert Sanchez*_____
       Robert Sanchez, Esq., FBN#0442161

```
Cap One                         Champion Mortgage              Chase
Po Box 5253                     POB 40724                      Po Box 15298
Carol Stream, IL 60197          Lansing, MI 48901-7924         Wilmington, DE 19850


Chase                           El Lago Condominium            El Lago Condominium
Po Box 24696                    c/o Executive National Bank    c/o Executive National Bank
Columbus, OH 43224              POB 164412                     POB 164412
                                Miami, FL 33116-4412           Miami, FL 33116-4412


Midland Funding                 Santander Bank Na              Santander Consumer Usa
8875 Aero Drive                 865 Brook St                   Po Box 961245
Suite 200                       Rocky Hill, CT 06067           Ft Worth, TX 76161
San Diego, CA 92123-2255


Suntrust Bk Miami Na
Po Box 524203
Miami, FL 33152
```