

**ORDERED in the Southern District of Florida on April 16, 2015.**

*A. Jay Cristol*

                    **A. Jay Cristol, Judge**
                    **United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:
Cleotilde Candelaria                            Case No. 15-10897-AJC
      Debtor                                          Chapter 7
_____/

### ORDER GRANTING DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL

This matter having come upon Debtor's Motion for Voluntary Dismissal [ECF #16] on April 14, 2015 at 11:00 a.m. and the Judge having reviewed the file it is:

**ORDERED** as follows:

1.    Debtor's Motion for Voluntary Dismissal is **GRANTED**.

2.    The instant case will remain dismissed with a prejudice period of 180 days for re-filing a new bankruptcy case.

                                     ###

Attorney Robert Sanchez, Esq. is hereby directed to mail a conformed copy of this order to all affected parties.