UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:
Cleotilde Candelaria                                Case No. 15-10897-AJC
Debtor                                                   Chapter 7
_____/

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Order Granting Debtor's Motion for Voluntary Dismissal was sent via CM/ECF to Soneet Kapila, Trustee, PO Box 14213, Ft Lauderdale, FL 33302, and U.S. Mail this 20th day of April, 2015 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161

```
Cap One                        Champion Mortgage              Chase
Po Box 5253                    POB 40724                      Po Box 15298
Carol Stream, IL 60197         Lansing, MI 48901-7924         Wilmington, DE 19850


Chase                          El Lago Condominium            El Lago Condominium
Po Box 24696                   c/o Executive National Bank    c/o Executive National Bank
Columbus, OH 43224             POB 164412                     POB 164412
                               Miami, FL 33116-4412           Miami, FL 33116-4412


Midland Funding                Santander Bank Na              Santander Consumer Usa
8875 Aero Drive                865 Brook St                   Po Box 961245
Suite 200                      Rocky Hill, CT 06067           Ft Worth, TX 76161
San Diego, CA 92123-2255


Suntrust Bk Miami Na
Po Box 524203
Miami, FL 33152
```